UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Alandress Sharper,

        Plaintiff,

v.

Randall-Reilly, LLC,

        Defendant.
_____/

Case Number 22-cv-11691
Honorable Bernard A. Friedman

**ORDER OF DISMISSAL**

On October 11, 2022, Plaintiff filed a notice of voluntary dismissal of its claims against the defendant [ECF No. 18]. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED** *without prejudice*.

Dated: October 13, 2022
Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE